IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONYA ANN WATIE, ) <br> ) <br> Petitioner, ) <br> vs. ) <br> ) <br> DEBBIE ALDREDGE, Warden, ) <br> ) <br> Respondent. ) | NO. CIV-15-1205-HE |

## ORDER

Petitioner Tonya Ann Watie, a state prisoner appearing *pro se*, brought this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus. Consistent with 28 U.S.C. § 636(b)(1)(B), this matter was referred for initial proceedings to Magistrate Judge Charles B. Goodwin, who recommends the case be transferred to the United States District Court for the Eastern District of Oklahoma.

Neither party has objected to the Report and Recommendation, and both parties have therefore waived any right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the Report and Recommendation [Doc. No. 7] is **ADOPTED** and this case is **TRANSFERRED** to the United States District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED**.

Dated this 5th day of April, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE